## THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

In Re: Cari Yates                                                                 Case No. 20-30946

Debtor                                                                                   Chapter 13

### WITHDRAWAL OF PROOF OF CLAIM OF REVENUE RECOVERY CORP, INC.

Creditor, Revenue Recovery, Inc. by and through its Agent hereby withdraws its Proof of Claim file and listed as claim number 13 on the Trustee's claims register, for account number ending in 0674, and in the amount of $695.37 as the claim was filed with incorrect creditor.

### CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the 8th day of May 2020, I electronically filed this withdrawal.

By:    /S/Shameka Armstrong,
Administrative Assistant
P.O. Box 50250
Knoxville, TN 37950